UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP B. HAUSKEN, <br><br> Plaintiff, <br><br> v. <br><br> DR. CAL COGBURNE, <br><br> Defendant. | Case No. C17-0198JLR <br><br> ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's civil rights complaint and this action are DISMISSED, with prejudice, as the plaintiff in this action is deceased and there has been no request to substitute parties; and

/ / /

/ / /

/ / /

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to plaintiff's last known address, to counsel for defendant, and to the Honorable Mary Alice Theiler.

DATED this 8th day of September, 2017.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2